**COM.**

v.

**PELZER, C.**

**1927 MDA 2016**

Superior Court of Pennsylvania.

09/07/2017

CP–40–CR–0001989–2001 (Luzerne)

Affirmed

**IN RE: ADOPTION OF: BABY BOY G.**

**9 MDA 2017**

Superior Court of Pennsylvania.

09/07/2017

2016–4124 (Centre)

Affirmed

**SMITH, S.**

v.

**SMITH, C.**

**190 MDA 2017**

Superior Court of Pennsylvania.

09/07/2017

Reargument Denied 11/9/2017

2013–20491 (Lebanon)

Affirmed

**SMITH, S.**

v.

**SMITH, C.**

**191 MDA 2017**

Superior Court of Pennsylvania.

09/07/2017

Reargument Denied 11/9/2017

2013–20491 (Lebanon)

Quashed

**SMITH, S.**

v.

**SMITH, C.**

**192 MDA 2017**

Superior Court of Pennsylvania.

09/07/2017

Reargument Denied 11/9/2017

2013–20491 (Lebanon)

Affirmed

